# UNITED STATES DISTRICT COURT
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**Oakland Venue**

---

### Petition for Summons for Person Under Supervision

---

| **Person Under Supervision** | **Docket Number** |
|---|---|
| Ishaq Ikharo | 0971 4:24CR00060-001 YGR |

**Name of Sentencing Judge:**  The Honorable Richard J. Arcara
Senior United States District Judge

**Date of Original Sentence:**  November 9, 2023

**Original Offense:** Count One: Possession of Child Pornography, 18 U.S.C. § 2252(A)(a)(5)(B), 18 U.S.C. § 2252(A)(b)(2), a Class C felony.

**Original Sentence:** Time Served, followed by a ten-year term of supervised release.

**Special Conditions:** Shall not use or possess any computer, data storage device, or any internet capable device unless the defendant participates in the Computer and Internet Monitoring Program (CIMP), or unless authorized by the Court or the U.S. Probation Office; The defendant must provide the U.S. Probation Office advance notification of any computer(s), automated service(s), or connected device(s) that will be used during the term of supervision; The U.S. Probation Office is authorized to install any application as necessary to surveil all activity on computer(s) or connected device(s) owned or operated by the defendant; participate in a sex-offense-specific treatment program; not have deliberate contact with any child under 18 years of age, excluding his biological or adopted children, unless approved by the probation officer or by the Court; register with the state sex offender registration agency in any state where the defendant resides, is employed, carries on a vocation, or is a student, and all provide proof of registration to the probation officer; search; submit to polygraph, computerized voice stress analyzer or other such testing, not to exceed twice in a calendar year, and an additional two re-tests per year, as needed; participate in a mental health treatment program, including mental health evaluation and any treatment recommended.

**Prior Form(s) 12:** On March 19, 2025, a Petition for Warrant was filed with the Court.  On April 8, 2025, after considering medical needs and to facilitate logistical concerns raised by the U.S Marshal Service, the Court requested a Petition for Summons be filed.

On January 30, 2024, jurisdiction was transferred to the Northern District of California, and the matter was assigned to Your Honor.

| **Type of Supervision** | **Date Supervision Commenced** |
|---|---|
| Supervised Release | November 9, 2023 |

**RE:**   Ikharo, Ishaq                                                                               2
        0971 4:24CR00060-001 YGR

**Assistant U.S. Attorney**                          **Date Supervision Expires**
To be determined                                       November 8, 2033
**Defense Counsel**
To be determined

---

**Petitioning the Court to recall the warrant issued on March 19, 2025, and for the issuance of a summons for the person under supervision to appear in court before the duty Magistrate Judge for identification of counsel and setting of further proceedings on April 18, 2025, at 10:30 a.m.**

I, Juan Flores, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe the person under supervision violated the special condition that states, in part, that he shall not have deliberate contact with any child under 18 years of age, excluding his biological or adopted children, unless approved by the probation officer or by the Court. |

According to Federal Bureau of Investigation (FBI) Case ID # 305-DE-3998771, on November 7, 2024, a parent of a minor victim made a report to the FBI. Subsequently, a Guardian Complaint Form was completed. The father reported that his son, a minor, met an individual while playing PlayStation and that individual was soliciting him for nude images/videos. The father noticed his minor son playing video games on PlayStation with an individual that went by various usernames but would contain "Shaq" in them. On November 1, 2024, the father inspected his minor's son's phone, and noticed multiple iMessages, Discord messages, and Snapchat conversations with "Shaq." "Shaq" was using the e-mail address, shaqballer7@gmail.com for the iMessages, Discord had the username "Shaq1525," and Snapchat had the username "Shaqattackback." The messages in the iMessage chats included numerous requests for nude images and videos. The father provided consent to download and review the content.

On January 28, 2025, Discord provided data pertaining to the username, "shaq1525." The listed e-mail address was, ishaqikharo7@gmail.com,

**RE:**   Ikharo, Ishaq                                                                                    3
         0971 4:24CR00060-001 YGR

phone number, 925-594-1728. The address for billing was Mr. Ikharo's residence.

On February 5, 2025, a subpoena was sent to Comcast requesting they provide information pertaining to the IP address 174.160.219.178. Comcast responded and provided the subscriber, Sadiq Ikharo, Mr. Ikharo's father, and the address as Mr. Ikharo's residence.

On March 4, 2025, Snap Inc., was subpoenaed requesting information on the username, Shaqattackback. The account was linked to the e-mail, ishaqikharo7@gmail.com, created on September 8, 2019. There was activity from about September 8, 2024, through February 8, 2025.

On February 12, 2025, the iPhone belonging to the minor was forensically analyzed and 10 videos consistent with the federal definition of child pornography under 18 U.S.C. § 2256(8) were located on the device.

On March 3, 2025, the minor was interviewed by an FBI Child Forensic Interviewer. According to the minor, Mr. Ikharo contacted him on Snapchat. The minor informed him of his age which was 10 or 11 at the time of chatting with him. Mr. Ikharo was asking the minor for pictures every week. He would ask the minor to send him pictures of himself jumping or his buttocks. The interviewer and the minor reviewed the chat conversations between the minor and Mr. Ikharo. The interviewer presented Image 7, where the minor indicated Mr. Ikharo was telling him to "spread my butt. I guess he told me to do it." Image 12 was presented, the minor reported "I guess it was my penis. Because he said my penis was big. I guess he wanted me to move it around." Image 13 was reviewed with the minor, "I guess he was talking about stroking my penis. It was my penis I sent to him."

Mr. Ikharo did not have approval from the probation officer or the Court to communicate with said minor.

Evidence of this violation can be found in the FBI Form FD-71A-Guardian Complaint Form dated November 7, 2024, FBI Form F-302 dated February 5, 2025, FBI Form FD-302 dated February 12, 2025, FBI Form FD-302 dated February 13, 2025, FBI Form FD-302 dated March 7, 2025, and FBI Form FD-302 dated March 10, 2025.

Two          There is probable cause to believe the person under supervision violated mandatory condition number one that he must not commit another federal, state or local crime.

             Between October 27, 2024, to November 3, 2024, Mr. Ikharo was in violation of 18 U.S.C. § 2251, Sexual Exploitation of Children, a Class B felony.

**RE:**    Ikharo, Ishaq                                                                      4
             0971 4:24CR00060-001 YGR

As noted in Charge One, on February 12, 2025, the iPhone belonging to the minor victim was forensically analyzed. 10 videos consistent with the federal definition of child pornography under 18 U.S.C. § 2256(8) were located on the device. A review of the Snapchat conversations between the times frame of October 27, 2024, and November 3, 2024, had images or videos being sent by the minor victim to Mr. Ikharo. The conversations included the following: Mr. Ikharo "Goddamn why they look so different.maybe spread the legs out a lil……" "Still look pretty big my god….move them around with ur hands." "Ur Dick IS HUGE LOL STROKE IT WTF… it looks bigger."

10 videos consistent with the federal definition of child pornography as defined under 18 USC § 2256(8) were located on the device. Below is a description of some of the videos observed:

File Name: 1DA0AAA4-45C1-47B6-9C6F-94FA5C05F8DD.mp4

Path:00008101-000305A60E28001E_files_full.zip/private/var/mobile/Containers/Data/Application.....

Description: prepubescent male using their hands to expose their anus and touch his testicles.

File Name: DD0A4010-E3BB-45B2-8A2D-C9B0232CC1E5.mp4

Path:00008101-00305A60E28001E_files_full.zip/private/var/mobile/Containers/Data/Application.....

Description: Prepubescent male touching his penis.

Evidence of this violation can be found in the FBI Form FD-302 dated February 12, 2025.

Three        There is probable cause to believe the person under supervision violated the special condition that he register with the state sex offender registration agency in any state where the defendant resides, is employed, carries on a vocation, or is a student, and shall provide proof of registration to the probation officer.

Mr. Ikharo commenced supervision on November 9, 2023, on December 21, 2023, Mr. Ikharo signed the United States Probation System Offender Notice and Acknowledgement of Duty to Register as a Sex Offender. To date, Mr. Ikharo has not provided proof of his sex offender registration to the probation officer.

**RE:**    Ikharo, Ishaq                                                                 5
           0971 4:24CR00060-001 YGR

On March 12, 2025, the United States Probation Officer conducted a sex offender registry inquiry. The inquiry resulted in no sex offender file record.

Evidence of this violation can be found in the United States Probation System Offender Notice and Acknowledgement of Duty to Register as a Sex Offender form signed by Mr. Ikharo on December 21, 2023, and the chronological entry dated March 12, 2025, at 11:25 a.m.

Four        There is probable cause to believe the person under supervision violated mandatory condition number one that he must not commit another federal, state or local crime.

As noted in Charge Three, Mr. Ikharo commenced supervision on November 9, 2023, on December 21, 2023, Mr. Ikharo signed the United States Probation System Offender Notice and Acknowledgement of Duty to Register as a Sex Offender. To date, Mr. Ikharo has not provided proof of his sex offender registration to the probation officer. On March 12, 2025, the United States Probation Officer conducted a sex offender registry inquiry. The inquiry resulted in no sex offender file record. As a result, Mr. Ikharo is in violation of 18 U.S.C § 2250, Failure to Register as Sex Offender, a class C felony.

Evidence of this violation can be found in the United States Probation System Offender Notice and Acknowledgement of Duty to Register as a Sex Offender form signed by Mr. Ikharo on December 21, 2023, and the chronological entry dated March 12, 2025, at 11:25 a.m.

Five        There is probable cause to believe the person under supervision violated the special condition that states, in part, the defendant shall not use or possess any computer, data storage device, or any internet capable device unless the defendant participates in the Computer and Internet Monitoring Program, or unless authorized by the Court or the U.S. Probation Office. The defendant must provide the U.S. Probation Office advance notification of any computer(s), automated service(s), or connected device(s) that will be used during the term of supervision.

On March 19, 2025, the FBI conducted a search of the Mr. Ikharo's residence. Items seized during the search were a blue Apple iPod, Model A2178, Serial #F6KFF1HPM939, a silver laptop "C" model LT1505; FCC ID: 2AW9M-LT1504, and a PlayStation gaming system serial number F331017JB14180620. The seized devices were located in Mr. Ikharo's bedroom. The devices were not approved by the Court or U.S. Probation Office, were not enrolled in the Computer and Internet Monitoring Program, and Mr. Ikharo failed to provide the U.S. Probation Office advance notification of these devices.

**RE:**    Ikharo, Ishaq                                                                                           6
           0971 4:24CR00060-001 YGR

Evidence of this violation can be found in the chronological entry dated March 19, 2025, at 6:02 A.M.

Six          There is probable cause to believe the person under supervision violated standard condition number four that he answer truthfully the questions asked by his officer.

On April 1, 2024, during a routine home contact, a PlayStation controller was located in Mr. Ikharo's bedroom. During the contact, Mr. Ikharo denied owning a PlayStation reporting he got rid of it after being instructed to do so by a United States Probation Officer. However, as noted in Charge Five, the FBI located and seized a PlayStation gaming system during a search of the residence.

Evidence of this violation can be found in the chronological entry dated April 1, 2024, at 1:31 P.M. and the chronological entry dated March 19, 2025, at 6:02 A.M.

Based on the foregoing, there is probable cause to believe Ishaq Ikharo violated the conditions of his Supervised Release. Therefore, I ask the Court to issue a no bail warrant for his arrest.

Respectfully submitted,                         Reviewed by:

_____                _____
Juan Flores                                     Michael J. Primeau
U.S. Probation Officer Specialist               Supervisory U.S. Probation Officer
Date Signed: April 8, 2025

---

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

[X]    Recall the warrant issued on March 19, 2025, and the issuance of a summons for the person under supervision to appear in court before the duty Magistrate Judge for identification of counsel and setting of further proceedings on April 18, 2025, at 10:30 a.m. The court recalls the warrant and issues the summons solely to facilitate Defendant's initial appearance on this petition and does not reflect the court's views on the risks posed by Defendant for purposes of the Bail Reform Act.

[ ]    Other:

_____                _____
           4/8/2025                             Yvonne Gonzalez Rogers
Date                                            United States District Judge

NDC-SUPV-FORM 12C(2) 1/12/2024

**RE:**   Ikharo, Ishaq                                                                         7
       0971 4:24CR00060-001 YGR

APPENDIX

Grade of Violations:  A USSG §7B1.1, p.s.

Criminal History at time of sentencing:  I

|  | **Statutory Provisions** | **Guideline Provisions** |
|---|---|---|
| **Custody:** | 2 years<br>18 U.S.C. § 3583(e)(3) | 12-18 Months<br>USSG §7B1.4(a) |
| **Supervised Release:** | Life<br>18 U.S.C. § 3583(h)<br>18 U.S.C. § 3583(k) | Life<br>USSG §7B1.3(g)(2), p.s. |
| **Probation:** | Not Applicable | Not Applicable |